**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION**

**CASE NO. 1:17-cv-685**

HAROLD DAVIS,

    Plaintiff,

v.

THE DOJO, LLC,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff HAROLD DAVIS by and through undersigned counsel, brings this Complaint against Defendant THE DOJO, LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff HAROLD DAVIS ("Davis"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Davis's original copyrighted works of authorship.

2. Harold Davis is the bestselling author of many books about digital photography and Photoshop, including most recently "Achieving Your Potential As A Photographer" from Focal Press, as well as "Monochromatic HDR Photography", "The Way Of The Digital Photographer" and many others.   Mr. Davis is a digital artist using his photographs as his source material.  Mr. Davis uses his training and skills as a fine art painter to free him from the restraints of conventional photography and place him squarely in the broader traditions and

experiences of art. He starts with the creative controls inherent to cameras and photography, and by using compositing, Photoshop, digitial painting on layers and layer masks, and special effect filters to achieve the desired effect.

3. Defendant THE DOJO, LLC is a martial arts and yoga studio.

4. Davis alleges that THE DOJO, LLC copied Davis's copyrighted work from the internet in order to advertise, market and promote its business activities. The Defendant committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Defendant's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Colorado.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. THE DOJO, LLC ("The Dojo") is a limited liability corporation with its principal place of business at 2600 Canton Court Suite G, Fort Collins, Colorado, 80525, and can be served by serving its Registered Agent, Silas Beaner, 2900 Fauborough Court, Fort Collins, Colorado, 80525.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

## THE COPYRIGHTED WORK AT ISSUE

10. Davis created a photograph titled Misty Mountains, which is shown below and referred to herein as the "Work".



11. Davis registered the Work with the Register of Copyrights on May 17, 2016 and was assigned the registration number VA 2-010-613. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Davis was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

13. The Defendant has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendant copied the Work.

15. Defendant copied Davis's copyrighted Work without Davis's permission.

16. After Defendant copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and its services.

17. Defendant copied and distributed Davis's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling services.

18. Davis's works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. Defendant committed copyright infringement of the Work as evidenced by Exhibit 2.

20. Davis never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

21. Plaintiff notified the Defendant of the allegations set forth herein on June 23, 2016.  A copy of this notice to the Defendant is attached hereto as Exhibit 3.  To date, Defendant has failed to respond to Plaintiff's notice.

22. Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Davis owns a valid copyright in the Work at issue in this case.

25. Davis registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. The Dojo copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Davis's authorization in violation of 17 U.S.C. § 501.

27. The Dojo performed the acts alleged in the course and scope of its business activities.

28. Davis has been damaged.

29. The harm caused to Davis has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant The Dojo, LLC that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504.

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: March 17, 2017　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　*/s/ Joel B. Rothman*
　　　　　　　　　　　　　　　　　　　　JOEL B. ROTHMAN
　　　　　　　　　　　　　　　　　　　　joel.rothman@sriplaw.com

　　　　　　　　　　　　　　　　　　　　**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
　　　　　　　　　　　　　　　　　　　　4651 North Federal Highway
　　　　　　　　　　　　　　　　　　　　Boca Raton, FL  33431
　　　　　　　　　　　　　　　　　　　　561.404.4350 – Telephone
　　　　　　　　　　　　　　　　　　　　561.404.4353 – Facsimile

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Harold Davis*