# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 2-010-613**
**Effective Date of Registration:**
May 17, 2016

## Title

**Title of Work:** Group Registration Photos, Harold Davis, published January 1, 2013, to December 30, 2013; 334 photos

**Content Title:** Post Auto

Old Bay Bridge Pylons

Old Tree Roots in a Temple Yard

Tail light

Dhyana Mudra

Tokyo Imperial Palace Moat

Imperial Moat

On the Highline, New York

White Chrysanthemum Japonicum at Giverny

Negative Space

Structure to Noise

Contemplation

Meditation

La Basilique du SacrÃ© CÅ"ur de Montmartre

Tulip

Red Tulips in a Glass Vase

Rose center curves

As Time Goes By

Panorama of the Kumano Sanzen Roppyaku Po

Distant Japanese Landscape

Panorama of the Kumano Sanzen Roppyaku Po

Bridge, Koguchi, Japan

Waves on Drakes Beach

Along the Kumano kodo

Hotspring Bath

Hotspring Resort

Morning Mist on the Hiki River

Chikatsuyu

Not Kumano Kodo

Warning

Fire Service

Shinto Shrine

Monastic Life

Wall in Koya-san

Apartment Stairs in Shin-Imamiya

Beach Shadow

Point Reyes Sunset

Seiganto-ji pagoda at Nachi-san

Yoshina River, Tokushima Prefecture, Shikoku

Japanese Letterpress Slugs

Leaving Wayakama Port

iPhone Japan

Nachi-san

Yunomine Onsen

Misty Mountains

Temple Dragon

Dawn in the High Fields (Takahara)

Okunoin

Grave of Takeda Shingen (d. 1573)

Shukubu Ekoin

Tree and Reflection, Nara

Isuien Garden



Garden Wall, Nara, Japan

Breakfast fruit

Pagoda

Garden at the Sakuraya

Nara manhole cover

Bamboo Forest

Katsuragawa River

Gion at Night

Reflections in a Japanese Garden

Under the Aqueduct at Nanzen-ji

Old Tree in Konchi-in Garden

Shadow in the Temple Garden

Old Kyoto

Tokyo stairs

Fugu

Kyoto Canal

Imperial Palace Moat

Healthful Smoke

Fortunes Drawers

Rainbow Bridge Ramp

Today's breakfast dessert

Atlas

Ile de la Cite from Ile St-Louis

Duet of Daffodils

Just So

Deportation Memorial

Louvre from Musee d'Orsay Clock Tower

Fountain

Dreaming of Giverny

Crowds near Pigalle

Tree Line

Stairs at La Defense

Passy Station

To the barricades!

Old-time Paris view with iPhone :-)

Kira in a cafe

Eiffel in Autumn

Galeries Lafayette

Like a Stone Forest

Pigeon de Paris

Verre

Shadow swing

Weston Kitchen

Agave americana chez Weston

Font

Point Lobos Afternoon

Edward Weston's darkroom

Bixby Bridge by Starlight

Carmel

California's first library (Mission Carmel)

Plates

Harley

Monochromatic HDR Photography

Travel

Last night in Tiburon

Passiflora

Flowers in a Green Glass Vase

Red red rose

More than one

Floral Impressionism

Impressionistic Flowerscape



Float Plane in Alaska

Trestle Bridge, Colorado

Black-eyed Waterdrops

Flowers of Late Summer 2

Flowers of Late Summer

Marin Circle

Clouds

Better Mousetrap

Indian Rock Staircase

Advance copy of Monochromatic HDR

Hotel de Sully

Paris Dreams

Weighing Souls

Ann d'Anjou Hotel

Lone Pine Sunset

Beyond the Foothills

Beyond the Foothills

Penumbra

On the Dunes

Mono Lake

Ancient Bristlecone

Ancient Bristlecone

Bristlecone Pine, Patriarch Grove

Louvre Refections

Church at Auvers

van Gogh's Grave

Wet White Iris

Crown of Thorns

Spire

Rooftops of Paris

Château de Saumur

Château de Saumur

Wall of Altered Anemones

Pyramide

Pyramide

Gargoyle

Mathew

Oak Tree Swing

Under the Oak Tree

Bolinas-Stinson Beach July 4 Tug of War Winners

Shadows

Salton Sea

Hedge Maze and Garden

Cactus in Glorieta Canyon

Hidden Valley

Sunset B

Sunset A

Sunset in the Headlands

Self Portrait with iPhone Fisheye-sm

Nicky on graduation day

Mathew

Katie Rose

Phyllis with iPhone and Fisheye lens

Door Knocker

Eiffel

Approaching Valmer

Broken Arrow

La Loire

iPhonographie de Paris

Sacre Couer

Place St-Sulpice



Paris Street

Pain

Moonight on the Seine

Gargoyle

Arc de Triomphe

Cafe

Chateau de Nazelles 2

Sand Dollar

Parc de Sceaux

Chartres

Chartres

Les LumiÃ¨res de Paris

Place Saint-Sulpice at Night

Chicken at Little Farm

Saint-Sulpice

Saint-Sulpice

Lighting the Eiffel Tower

Lighting the Eiffel Tower

Lighting the Eiffel Tower 1

Verneuil Gargoyle

Park Vista

Park Vista

The Road Goes Ever On and On

The Road Goes Ever On and On

Entering the Opera in a Dream

Entering the Opera in a Dream

Kate Rose does Cuong Nhu

Villandry

Path in the Parc de Sceaux

Path in the Parc de Sceaux

Room with a View

Villandry

Meditation at Giverny

Chartres

Gargoyle Moon

Patina of Time

Sacre Coeur Passage

Eiffel Tower from Sacre Coeur Dome

Opera Ceiling

Chateau de Nazelles

Ghosts of Paris

Disguise

Eiffel

Katie Rose is 5

Derrieì€re

Yum

Fontainebleau

Cafe in the Rain

Nappy's Tomb

Chartres

Sweet Treat

Manoir Les Perdrix

Old Chartres

Breakfast room

Just Married

St Germane de Pres

Brasserie Stairs

Notre Dame

Giverny

Hotel Lutetia lobby floor



La Tour Eiffel

Parc de Sceaux

Harold Davis workshop at Giverny

San Sulpice

Bourg-la-Reine

Harold's Feet

Fontaine Saint-Michel

Luxembourg Gardens

Institut de France

Paris Street Tart

Notre Dame

Carafe at Lunch

Opera Garnier

City of Light

Quai de Bourbon

Orchid

"Doc Hudson" on Solano

Hudson Hornet Hood Ornament

Granite Sea

Katie Rose in Tiger Paint

Piggyback Waterdrop

Windswept Sea

Ranunculus and Sheep Skull

Calypso Orchid

Piggyback

Sand Dollar

Death Valley Badlands

Shadow of the Belltower

Arizona Plateau at Sunset

Barn Door

Black Glass

Cruet

Desert Shrub

Assay

Riptide

Tulip Inside

Costco Parking Lot, Richmond California

Train Bridge near Richmond, VA

Shell Spiral

Seeing the Light

Dawn of the Dragon

Dawn of the Dragon

Island in the Fog

Railroad Tracks near Gaviota, California

Yucca

Gnarled wood in the desert

Cayucos Pier

Dance of the Tulips

Tulip Wabi-Sabi

Tulip Within

Steel Wool

The Vixen of Clarion Alley

Arcangel

Katie Rose

Mathew in the Bath

Anemones 4

Anemones 3

Rusted Truck, Bolinas

Vertical Anemone Pano

Anemones Pano on white

Anemones Pano Horizontal



Anemones 2

Setting Sun and Cherry Blossoms

Anemones 1

Botanique - Dahlias on washi, vellum, and pearlized metallic

Botanique - Peonies pull-out on Unryu

Botanique - Star Magnolia pull-out

Botanique signature page

Botanique in the box

Botanique book plate

White gloves for Botanique

Botanique Box

Pages of Botanique

Moon over the Bay Bridge

Building the Botanique box

Signing the first copy of Botanique

Moon Captured by Bay Bridge - B&W version

Moon Captured by the Bay Bridge - color

Moonrise over Port Oakland

Hot off the press

Fiery Sunset mit texture

Fiery Sunset over the Golden Gate

Line Dance

story of o

Sutro Sunset

Botanique Prototype nearing completion

Botanique - tools of assemblage

Watermelon Radish

Prototyping Botanique

Orchid Spikes on white

Rosette

Rosette

Mountain Rose

Don't sleep here

A rose is a

Tennessee Beach after the landslide

Parking lot light phenomenon

Endurance - Bristlecone Pine Study in Black and White

Endurance - Bristlecone Pine study

Dandelion Superior

Dandelion Variation

## Completion/Publication

    **Year of Completion:** 2013
    **Date of 1st Publication:** January 01, 2013
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Harold Davis
    **Author Created:** photograph
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Harold Davis
    632 San Fernando Ave, Berkeley, CA

## Certification

    **Name:** Daniel Foster
    **Date:** May 17, 2016

