# Exhibit 2





HOME    THE DOJO    **ABOUT**    NEWS    EVENTS    PHOTO GALLERY

GET IN TOUCH



## About

**CLASS DESCRIPTIONS**

SCHEDULE & LOCATION

OWNERS

BLACK BELTS

TESTIMONIALS

SARASYA TONE FITNESS

LAST BUT NOT LEAST

# KIDS CLASS:

One of the best programs you will find in Northern Colorado. The children's program at The Dojo focuses on self-confidence, co-ordination, balance, self-defense, focus, and improved self-esteem.

# C.O.B.R.A:

The best in self defense training. The Dojo is the only martial arts school in Colorado that offers C.O.B.R.A. Self Defense training. Visit  http://cobrafortcollins.com for more information.

# SARASYA TONE FITNESS & VANA FLOW YOGA COMBINATION:

Sarasya Tone Fitness and Vana Flow Yoga are a perfect pairing to help create a healthier, leaner, and more balanced you. Sarasya Tone Fitness blends movements used by warriors to develop the strength for battle in a fun and upbeat way, increasing stamina, speed, and



HOME    THE DOJO    ABOUT    NEWS    EVENTS    PHOTO GALLERY    GET IN TOUCH



# THE DOJO - UNIVERSITAS MILITARIS ARTES



Welcome to The University of Martial Arts at The Dojo. Our program draws its format from traditional western higher education institutions, with training structured as a curriculum based course of study that builds students' martial arts ability from the ground up.

Each of the three core curriculum programs weave into one another, creating a strong foundation of knowledge and physical ability. These three programs are Fusion Martial Arts, Fusion Fitness, and Fusion Yoga.

At The Dojo martial arts blend with fitness, functionality, and yoga - creating a place to embark on your journey into holistic