**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | June 13, 2018 |
| Court Reporter: | Julie Thomas | | |

Civil Action No: **17-cv-00685-WYD-MJW**          Counsel:

**HAROLD DAVIS**,                                                    Thomas P. Walsh, III

          Plaintiff,

v.

**THE DOJO, LLC**,                                                  No Appearance

          Defendant.

**COURTROOM MINUTES**

**MOTION HEARING:** Plaintiff's Motion for Final Judgment by Default (Doc. No. 17), filed December 29, 2017.

**11:16 a.m.**   Court in Session

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

             Plaintiff's Motion for Final Judgment by Default (Doc. No. 17), filed December 29, 2017, is raised for argument.

**11:17 a.m.**   Argument by Plaintiff by Mr. Walsh.

**ORDERED:**   Plaintiff's Motion for Final Judgment by Default (Doc. No. 17), filed December 29, 2017, is **GRANTED IN PART and DENIED IN PART.**

**ORDERED:**   Plaintiff's request for attorneys' fees is **DENIED pursuant to 17 U.S.C. § 412.**

-1-

**ORDERED:**   Plaintiffs' request for costs is **GRANTED pursuant to 17 U.S.C. § 505.**

**ORDERED:**   Plaintiffs' request for actual damages in **GRANTED IN PART** in the amount of $36,000.00.  This amount is based on the fair market value of the work as calculated by following formula:  $1,500.00 (licensing rate per year for single use of the work on one URL) times 4 (the number of years Defendant used the work) times 2 (the number of URLs Defendant displayed of the work) times 3 (scarcity and exclusivity multiplier to account for the fair market value of the work).

**ORDERED:**   Plaintiff's request for a permanent injunction is **GRANTED.**

**11:42 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME: :26**

**CLERK'S NOTE:**   **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**