IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-00685-WYD-MJW

HAROLD DAVIS,

    Plaintiff,

v.

THE DOJO, LLC,

    Defendant.

---

## DEFAULT JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the courtroom minutes of the motion hearing, filed on June 13, 2018, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that Plaintiff's Motion for Final Judgment by Default (Doc. No. 17), filed December 29, 2017, is **GRANTED IN PART and DENIED IN PART.**  It is further

ORDERED that Plaintiff's request for attorneys' fees is **DENIED** pursuant to 17 U.S.C. § 412.  It is further

ORDERED that Plaintiffs' request for costs is **GRANTED,** in the amount of $620.00, pursuant to 17 U.S.C. § 505.  It is further

ORDERED that Plaintiffs' request for actual damages is **GRANTED IN PART** in the amount of $36,000.00 pursuant to 17 U.S.C. § 504. This amount is based on the fair market value of the work as calculated by using the following formula: $1,500.00 (licensing rate per year for single use of the work on one URL) times 4 (the number of years Defendant used the work) times 2 (the number of URLs Defendant displayed of the work) times 3 (scarcity and exclusivity multiplier to account for the fair market value of the work). It is further

ORDERED that Plaintiff's request for a permanent injunction is **GRANTED.** It is further

ORDERED that Defendant shall permanently destroy all the digital files relating to, and copies of, Plaintiff's copyrighted work made or used by Defendant in violation of Plaintiff's exclusive rights and shall be enjoined from copying, displaying, or distributing the work and making derivatives of the work without Plaintiff's authorization. It is further

ORDERED that post-judgment interest shall accrue on the total amount of $36,000.00 at the legal rate of 2.31% per annum pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until the judgment is paid in full. It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 15th day of June, 2018.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk

APPROVED AS TO FORM:

*s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE

-3-