IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-685-NYW

Harold Davis,

    Plaintiff/Judgment Creditor,

v.

The Dojo, LLC,

    Defendant/Judgment Debtor.

And

Capital One N.A,

    Garnishee.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
JUDGMENT DEBTOR SILAS BEANER TO RESPOND TO DISCOVERY REQUESTS**

---

Before the Court is the Motion of Plaintiff/Judgment Creditor Harold Davis ("Plaintiff") to compel Garnishee/Judgment Debtor Silas Beaner ("Mr. Beaner") to respond to the discovery requests served on July 8, 2024. IT IS HEREBY ORDERED that Plaintiff's motion is granted. Mr. Beaner shall file a response to the discovery request within 3 business days without any objections fully disclosing (i) Identification information (address and name) of all Mr. Beaner's current employers and his position and monthly salary; and (ii) All bank accounts used by Mr. Beaner since Jan 1, 2024.

Failure to comply with this Order may result in a finding of contempt of Court

pursuant to Fed. R. Civ. P. 37(b)(2).

Entered and dated at Denver, Colorado, this ____ day of _____2024.

BY THE COURT: