FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*2:01 pm, Mar 21, 2025*
JEFFREY P. COLWELL, CLERK

Civil Action No.

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

1:17-cv-685-NYW

Harold Davis,

Plaintiff

v.

The Dojo, LLC,

Defendant.

And

Silas Beaner

Judgement Debtor

**[PLAINTIFF'S OR DEFENDANT(S)' MOTION FOR**

**EXTENSION OF TIME OR CONTINUANCE**

1. I, The Dojo, LLC and Silas Beaner

requests:
respectfully

**An extension of time to exchange with opposing party or file with the Court:**

my disclosures currently due on March 27th

_X___my response to a pending Motion for COMPEL JUDGMENT DEBTOR SILAS BEANER TO RESPOND TO DISCOVERY REQUESTS____ currently

Due March 27th, 2025

2. I have received 0 [number] prior extensions.

3. This extension is necessary because

    I am requesting this extension due to traveling internationally during the date that this is due. I will be out of country from March 24th through April 5. I will not be able to accurately relay the information to the plaintiff as needed. I will not ask for another extension and just ask the court to please grant me this extension so that I can relay the information well.

Therefore, I ask that the Court grant an extension of 14 days

4. I have contacted

    Kerry S. Culpepper
  CULPEPPER IP, LLLC

to inform of this motion.

I tried to contact opposing party, but was unable to make contact. I tried to reach opposing party by *email*

Respectfully submitted,

**The Dojo LLC**

Defendant

And

Silas Beaner

Judgement Debtor

03/21/2025

1206 Centennial Rd

Fort Collins, CO 80525