IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00685-NYW-KAS

HAROLD DAVIS,

    Plaintiff,

v.

THE DOJO, LLC,

    Defendant, and

SILAS BEANER,

    Judgment Debtor.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff/Judgment Creditor Harold Davis' ("Davis") **Motion for Order to Show Cause Hearing Why Judgment Debtor Silas Beaner Should Not be Held in Civil Contempt** [#68] (the "Motion") and Plaintiff/Judgment Creditor Davis and Garnishee/Judgment Debtor Silas Beaner's ("Beaner") **Stipulation Resolving Order to Show Cause** [#79] (the "Stipulation").

    On June 2, 2025, the Court issued an Order to Show Cause [#68] that ordered Mr. Beaner to show cause why the matter should not be certified to the District Judge for a contempt hearing and setting the Show Cause Hearing for July 2, 2025. According to the Stipulation [#79], the parties have reached an agreement on all outstanding issues and request that the hearing be vacated. Based on this agreement,

    IT IS HEREBY **ORDERED** that the Order to Show Cause [#71] issued on June 2, 2025, is **DISCHARGED.**

    IT IS FURTHER **ORDERED** that the Motion [#68] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the Show Cause Hearing set for July 2, 2025, at 1:00 p.m. is **VACATED**.

    Dated: June 30, 2025